# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **CATHERINE SPARKS,** | : | |
| | : | |
| Plaintiff, | : | Case No. 1:17-cv-1618 |
| v. | : | |
| | : | |
| **SERENITY HOMES LV, LLC,** | : | JUDGE SOLOMON OLIVER, JR. |
| and **VALERIE KALEAL,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

## AGREED ENTRY OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and through counsel that the Parties have settled the above-captioned matter and the action is hereby dismissed with prejudice.

Accordingly, by agreement of the Parties, and for good cause shown, the Parties now file their Agreed Entry of Dismissal with Prejudice.

Dated: November 30, 2017

Respectfully Submitted,

*/s/ Robert E. DeRose*  
Robert E. DeRose (0055214)  
Molly K. Tefend (0093574)  
Barkan, Meizlish, Handelman, Goodin,  
DeRose Wentz, LLP  
250 E. Broad Street, 10th Floor  
Columbus, Ohio 43215  
PH: (614) 221-4221  
FAX: (614) 744-2300  
E-mail: bderose@barkanmeizlish.com  
mtefend@barkanmeizlish.com  

*Attorneys for Plaintiff*

*/s/ Sharon Cason-Adams*  
Sharon Cason-Adams (0067550)  
Adams & Liming, LLC  
Rivers Edge Corporate Center  
1335 Dublin Road, Suite 104D  
Columbus, Ohio 43215  
(614) 488-2053-Telephone  
(614) 488-2069 Facsimile  

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2017, the foregoing *Agreed Entry of Dismissal with Prejudice* has been served on counsel for all parties through this Court's ECF system.

>*/s/ Robert E. DeRose*
>Robert E. DeRose
>
>*Counsel for Plaintiffs*